DANIEL J. NOYES, as Executor, etc., Respondent, *v.* LEWIS H
BAILEY, as Executor, etc., Appellant.

(Argued March 7, 1883 ; decided March 20, 1883.)

*Joseph H. Choate* for appellant.

*William Fullerton* for respondent.

Agree to affirm.　No opinion.
All concur, except RAPALLO, J., dissenting.
Judgment affirmed.

---

HARVEY HUNTER, Appellant, *v.* JANE HERRICK et al., Executors,
etc., Respondents.

(Argued March 7, 1883 ; decided March 20, 1883.)

REPORTED below, (26 Hun, 272.)

*D. Cady Herrick* for appellant.

*Samuel Edwards* for respondents.

Agree to affirm order and for judgment absolute on stipu-
lation.　No opinion.
All concur.
Order affirmed and judgment accordingly.

---

JANE CROZIER, Administratrix, etc., Respondent, *v.* CORNELL
STEAMBOAT COMPANY, Appellant.

(Argued March 12, 1883 ; decided March 20, 1883.)

*S. L. Stebbins* for appellant.

*John J. Linson* for respondent.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.